# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JEFF MEDFORD**                                                                                          **PLAINTIFF**

**v.**                                **No. 4:23-cv-243-DPM**

**BROCKMAN, Sgt., Faulkner
County Detention Center;
HUFFMAN, Captain, Faulkner
County Detention Center; SCOTT,
Lt., Faulkner County Detention
Center; TIM RYALS; and DOES,
Captain, "John" and "Jane,"
Faulkner County Detention Center**                                            **DEFENDANTS**

## JUDGMENT

Medford's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

22 May 2023